# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Wesley Hearon<br><br>Admin Docket No.<br>7:20-cv-26635-MCR-GRJ | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Wesley Hearon, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, **Florida Northern District Court, Pensacola Division** absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: September 23, 2022          Respectfully submitted,

/s/ Bryan F. Aylstock
Bryan F. Aylstock, FL Bar No. 78263
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502

Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 23rd day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock